UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.H., individually, and S.H., on behalf of K.H., a
Child with a disability,

                    Plaintiffs,                    21 **CIVIL** 4967 (LJL)

      -against-                          **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2022, Plaintiff's motion is GRANTED IN PART and DENIED IN PART, and Plaintiff is awarded $35,647.45 in attorneys' fees and costs, plus post-judgment interest at the applicable statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
           January 26, 2022

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                    **BY:**
                                                     **Deputy Clerk**